**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Shannon LITTLEBIRD, Defendant–
Appellant.**

No. 06–30169.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007.*

Filed April 20, 2007.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Steven C. Babcock, Esq., Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

## MEMORANDUM **

Shannon Littlebird appeals from his jury trial conviction and 212–month sentence for aggravated sexual abuse, in violation of 18 U.S.C. § 2241(a).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Littlebird's counsel has filed a brief stating that he finds no meritorious issues for review, and a motion to withdraw as counsel of record. Littlebird has filed a pro se supplemental brief.

Our examination of the briefs and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.[1]

We **GRANT** counsel's motion to withdraw and **DENY** all other pending motions.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. To the extent Littlebird seeks to raise a claim of ineffective assistance of counsel, we decline to reach this issue on direct appeal. *See United States v. McKenna*, 327 F.3d 830, 845 (9th Cir.2003).

